FILED & JUDGMENT ENTERED
Steven T. Salata

May  30  2014

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte

IN RE:   Eze, Augustine R.                )
                                          )       Case No: 05-33949
                                          )       Chapter :  7
                                          )
                                          )
                 Debtor(s)                )

## ORDER TO DEPOSIT FUNDS WITH THE COURT

**THIS CAUSE** coming on to be heard and being heard before the undersigned United States Bankruptcy Judge, and it appearing that there is now $6,875.35 in the trustee's account which was disbursed to claimants listed below at the addresses listed below; however, the checks having been returned to the trustee unpaid with no explanation, and it being in the best interest of the estate for this amount to be paid into the court pursuant to 28 U.S.C. § 2042;

| Claimant Names & Addresses | Amount |
|---|---|
| Augustine Eze<br>3748 Stoney Creek Court<br>Gastonia, NC 28056 | $   600.00 |
| CitiCapital<br>250 East CarpenterFrwy, 4Decker<br>Irving,TX 75062 | $ 4758.83 |
| Chase Bank USA, NA<br>c/o Weinstein & Riley, PS<br>2101 4th Ave, Suite 900<br>Seattle, WA 98121 | $    99.49 |
| CPS, LLC as a/o eCast STLMT a/o MBNA<br>Cavalry Portfolio Services, LLC<br>7 Skyline Drive, 3rd Floor | $   427.74 |

CPS, LLC as a/o eCast STLMT a/o MBNA            $   989.29
Cavalry Portfolio Services, LLC
7 Skyline Drive, 3rd Floor
Hawthorne, NY 10532


       It is therefore, **ORDERED** that the sum of $6,875.35, representing funds unclaimed by the above referenced claimants, be paid into the court and disposed of pursuant to 28 U.S.C. § 2042.


This Order has been signed                    United States Bankruptcy Court
electronically.  The judge's
signature and court's seal
appear at the top of the Order.