# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-33949 |
| | ) | Chapter: 7 |
| Augustine R. Eze and Theresa M. Eze | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS

The Locator Services Group Ltd., acting as Attorney-in-fact for General Electric Company, Successor-in-Interest to CitiCapital, by and through its attorney, Colette T. Davis of the Law Office of Colette T. Davis, PLLC, hereby moves the Court for an order directing the United States Bankruptcy Court to disburse the sum of $4,758.83 from the Court's registry fund to General Electric Company, representing unclaimed funds previously deposited with the Court.

Supporting documentation attached  X  yes ___ no

*I understand that pursuant to 11 U.S.C. §§ 152 and 3571, I may be fined up to $500,000, imprisoned for up to 5 years or both if I have knowingly and fraudulently made any false statements in this document or provided false and fraudulent documentation as part of this application.*

Date: June 30, 2016

/s/ Colette T. Davis
Colette T. Davis, Esquire
N.C. State Bar # 33394
Law Office of Colette T. Davis, PLLC
6135 Park S. Drive, Suite 510
Charlotte, NC 28210
Telephone: (704) 927-4060
Facsimile:  (704) 927-4061
cdavis@cdavislaw.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

In re: ) Case No.: 05-33949
) Chapter: 7
Augustine R. Eze and Theresa M. Eze )
)
)
Debtor(s) )

## AFFIDAVIT OF SERVICE

I, Colette T. Davis, Esquire, the undersigned, hereby certify that on Thursday, June 30, 2016 a full copy of the Motion for Disbursement of Unclaimed Funds by The Locator Services Group Ltd., Attorney-in-Fact for General Electric Company, Successor-in-Interest to CitiCapital, was served to the United States Attorney for the Western District of North Carolina, the Bankruptcy Administrator for the Western District of North Carolina, and the case trustee at the following addresses:

| United States Attorney's Office<br>233, U.S. Courthouse<br>tis Street<br>ille, NC 28801 | Linda W. Simpson<br>Bankruptcy Administrator<br>402 West Trade Street,<br>Suite 200<br>Charlotte, NC 28202 | James T. Ward, Sr.<br>Ch. 7 Trustee<br>404 Bethel Street<br>P. O. Box 240<br>Clover, SC 29710-0240 |

Date: June 30, 2016

/s/ Colette T. Davis
Colette T. Davis, Esquire
N.C. State Bar # 33394
Law Office of Colette T. Davis, PLLC
6135 Park S. Drive, Suite 510
Charlotte, NC 28210
Telephone: (704) 927-4060
Facsimile: (704) 927-4061
cdavis@cdavislaw.com

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-33949 |
| | ) | Chapter: 7 |
| Augustine R. Eze and Theresa M. Eze | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF HEARING AND CERTIFICATE OF SERVICE

NOTICE IS HEREBY GIVEN that the Court will conduct a hearing on July 18, 2016, at 9:30am in Courtroom 111 located at The Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina 28202 to consider the Motion for Disbursement of Unclaimed Funds filed by The Locator Services Group Ltd., acting as Attorney-in-Fact for General Electric Company, Successor-in-Interest to CitiCapital, by and through its Attorney, Colette T. Davis of the Law Offices of Colette T. Davis, PLLC.

NOTICE IS FURTHER GIVEN to the Court that on June 30, 2016, the United States Attorney, the case trustee, and the Bankruptcy Administrator were served with a copy of the Motion for Disbursement of Unclaimed Funds and this Notice of Hearing by U.S. mail.

Date: June 30, 2016

/s/ Colette T. Davis
Colette T. Davis, Esquire
N.C. State Bar # 33394
Law Office of Colette T. Davis, PLLC
6135 Park S. Drive, Suite 510
Charlotte, NC 28210
Telephone: (704) 927-4060
Facsimile:   (704) 927-4061
cdavis@cdavislaw.com